# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan William Welch,<br><br>  Plaintiff,<br><br>v.<br><br>Unknown Maxson, et al.,<br><br>  Defendants. | **NO. CV-20-08107-PCT-DGC (MHB)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 18, 2021, this action is dismissed without prejudice pursuant to Rule 4(b) for failure to prosecute and failure to comply with the Court's Orders.

                                                  Debra D. Lucas
                                                  District Court Executive/Clerk of Court

May 18, 2021

                                                  s/ L. Dixon
                                    By  Deputy Clerk